UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARGARITA GONZALEZ,

                Plaintiff,

- against -

TALON AIR INC. AND ADAM KATZ,

                Defendants.
----------------------------------------------------------------X

Case No. 2:18-cv-04415

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Talon Air, Inc. n/k/a Talon Air, LLC, hereby certifies that it is not publicly traded, is majority owned by Apollo Air Management, LLC, and that there is no publicly held corporation that owns 10% or more of its' shares or stock.

Dated: Uniondale, New York
       October 22, 2018

                WESTERMAN BALL EDERER MILLER
                ZUCKER & SHARFSTEIN, LLP

                By: _____
                Philip J. Campisi, Jr., Esq.
                1201 RXR Plaza
                Uniondale, New York 11566
                (516) 622-9200
                *Attorneys for Defendants*