# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

April 22, 2019

**Via ECF**

Hon. A Kathleen Tomlinson, USMJ
United States District Court, EDNY
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722

<u>Re: Margarita Gonzalez v. Talon Air Inc., and Adam Katz</u>
Case No. 18-CV-4415 (ADS)(AKT)
**Motion to Adjourn Conference**

Dear Magistrate-Judge Tomlinson:

My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a 30-day adjournment of the April 24, 2019 discovery conference in this matter. This request is being made because the parties require the additional time to resolve some of the discovery disputes and to continue settlement discussions which have recently been renewed. If the case is resolved, we will promptly notify the Court. This request is also being made because Plaintiff's counsel has another federal court appearance scheduled for April 24, 2019 which conflicts with the status conference in this case. No prior request for an adjournment of this conference was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** Defense Counsel via ECF