# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

**October 11, 2019**

**Via ECF**

Hon. Arthur D. Spatt, USDJ
United States District Court, EDNY
100 Federal Plaza, P.O. Box 9014
Central Islip, NY 11722

> **Re: Margarita Gonzalez v. Talon Air Inc., and Adam Katz**
> Case No.  18-CV-4415 (ADS)(AKT)
> **Motion for Extension of Time**

Dear Judge Spatt:

My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a brief two-week extension of the October 11, 2019 deadline for the parties to submit their settlement agreement. This request is being made because the additional time is needed to finalize the settlement agreement and arrange for signatures. No prior request for an extension of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** **Defense Counsel via ECF**