**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Philip J. Campisi, Jr.
Extension 406
pcampisi@westermanllp.com

October 25, 2019

**By ECF**
Hon. Arthur D. Spatt
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

    Re:    Margarita Gonzalez v. Talon Air Inc. and Adam Katz
           Case No.: 18-cv-04415

Dear Judge Spatt:

    We represent defendants Talon Air, Inc. and Adam Katz ("Defendants") in the above-referenced action. I write with the consent of counsel for plaintiff to respectfully request a further one week extension of the October 25, 2019 deadline for the parties to submit a motion to approve a settlement agreement in this action. This request is being made because the parties are still in the process of finalizing the settlement documents and acquiring execution copies. One prior request for extension of this deadline was previously made.

    Your Honor's courtesies in considering this matter are greatly appreciated.

                                        Respectfully submitted,

                                        Philip J. Campisi, Jr.

cc:    Abdul Hassan, Esq. (by ECF)