# WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

Philip J. Campisi, Jr.
Extension 406
pcampisi@westermanllp.com

November 15, 2019

**By ECF**
Hon. Arthur D. Spatt
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

    Re:    Margarita Gonzalez v. Talon Air Inc. and Adam Katz
            Case No.: 18-cv-04415

Dear Judge Spatt:

    We represent defendants Talon Air, Inc. and Adam Katz ("Defendants") in the above-referenced action. By order dated November 12, 2019, Your Honor scheduled a fairness hearing regarding the proposed settlement of this action for November 19, 2019. The parties, for scheduling purposes, respectfully request a short adjournment of the fairness hearing. In accordance with Your Honor's order, the following are three proposed alternative dates should they be convenient to Your Honor's calendar: December 4, 12, or 16, 2019.

    Your Honor's courtesies in considering this matter are greatly appreciated.

                              Respectfully submitted,

                              Philip J. Campisi, Jr.

cc:    Abdul Hassan, Esq. (by ECF)

ATTORNEYS AT LAW     1201 RXR PLAZA, UNIONDALE, NY 11556
T: 516.622.9200 | F: 516.622.9212 | WWW.WESTERMANLLP.COM