**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Philip J. Campisi, Jr.
Extension 406
pcampisi@westermanllp.com

November 15, 2019

**By ECF**
Hon. Arthur D. Spatt
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 18 2019 ★

LONG ISLAND OFFICE

Re: Margarita Gonzalez v. Talon Air Inc. and Adam Katz
Case No.: 18-cv-04415

Dear Judge Spatt:

We represent defendants Talon Air, Inc. and Adam Katz ("Defendants") in the above-referenced action. By order dated November 12, 2019, Your Honor scheduled a fairness hearing regarding the proposed settlement of this action for November 19, 2019. The parties, for scheduling purposes, respectfully request a short adjournment of the fairness hearing. In accordance with Your Honor's order, the following are three proposed alternative dates should they be convenient to Your Honor's calendar: December 4, 12, or 16, 2019.

Your Honor's courtesies in considering this matter are greatly appreciated.

Application Granted
The Fairness Hearing is adjourned to December 12, 2019 at 9:30 a.m.

Respectfully submitted,

Philip J. Campisi, Jr.

cc: Abdul Hassan, Esq. (by ECF)

/s/ Arthur D. Spatt
U.S.D.J.
11/18/19

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**

ATTORNEYS AT LAW                            1201 RXR PLAZA, UNIONDALE, NY 11556
T: 516.622.9200 | F: 516.622.9212 | WWW.WESTERMANLLP.COM