CIVIL CAUSE FOR FAIRNESS HEARING

BEFORE JUDGE: SPATT    DATE: 12/1̶2/19   TIME: 9:00
DOCKET NUMBER: ~~CV-18-1380~~  18CV4415   (30 mins)

TITLE: GONZALEZ, MARGARITA  v.  TALON AIR INC., et al.

APPEARANCES: FOR PLAINTIFF: Abdul Karim Hassan, Esq.

FOR DEFENDANT: Philip J. Campisi, Jr., Esq.

C/R Mary Ann Steiger

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 06 2019 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

___ COUNSEL FOR ALL SIDES PRESENT

✓ COUNSEL FOR _____ NOT PRESENT

✓ FAIRNESS HEARING HELD

___ CASE MARKED READY FOR TRIAL

___ FURTHER STATUS CONFERENCE SCHEDULED FOR

✓ OTHER  Settlement agreement does not comport with the Rules in Cheeks. Counsel revised the settlement agreement. Court approves settlement. Case closed.